AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

JUDGE BUCHWALD

COPY

Southern       DISTRICT OF       New York

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV

DANIEL B. KARRON

08 CV 10223

TO: (Name and address of defendant)

Daniel B. Karron
300 East 33rd Street, Suite 4N
New York, New York 10016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

United States Attorney's Office
Attn: Matthew L. Schwartz
86 Chambers Street, 3rd Floor
New York, New York 10007

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 2 4 2008

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 12-3-2008 |
| NAME OF SERVER (PRINT) SA RACHEL ONDRIK | TITLE SPECIAL AGENT |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 348 E. Fulton St Long Beach, NY 11561

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-3-2008
              Date

Signature of Server: [signed] Rachel Ondrik

Address of Server: 401 W Peachtree St, NW, Suite 2742, Atlanta, GA 30308

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.