

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DANIEL B. KARRON,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STIPULATION AND ORDER

ECF CASE

08 Civ. 10223 (NRB) (DFE)

PRO SE OFFICE

WHEREAS, the United States of America commenced this action on November 24, 2008;

WHEREAS, defendant Daniel B. Karron was properly served with the summons and complaint on December 3, 2008, making his answer due December 23, 2008;

WHEREAS, Karron seeks a one month extension of time to answer so that he may seek representation in this matter, among other things; and

WHEREAS, Karron has not previously requested an extension of his time to answer;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties that Karron's time to answer or otherwise respond to the complaint shall be extended to January 23, 2009.



AGREED TO BY:

Dated: New York, New York
December 23, 2008

                              LEV L. DASSIN
                              Acting United States Attorney
                              *Attorney for the United States of America*

By: _____
      MATTHEW L. SCHWARTZ
      Assistant United States Attorney
      Telephone: (212) 637-1945
      Facsimile:  (212) 637-2750
      E-mail:  matthew.schwartz@usdoj.gov

Dated: New York, New York
December 23, 2008

_____
DANIEL B. KARRON, *pro se*
348 E. Fulton Street
Long Beach, New York 11561
Telephone:  (347) 886-9066
E-mail:  karron@casi.net

SO ORDERED:

Dated: New York, New York
       December 29, 2008

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2