UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

                 Plaintiff,

      - v -

DANIEL B. KARRON,

                 Defendant.

------------------------------------X

**ORDER**

08 Civ. 10223 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiff filed a motion seeking a default judgment on February 27, 2009; and

    **WHEREAS** an answer had previously been filed with the Pro Se Clerk February 10, 2009 but not served on plaintiff or docketed; and

    **WHEREAS** defendant also filed a letter with the answer which we construe as requesting a stay of this action pending appeal of an underlying criminal conviction; it is hereby

    **ORDERED** that plaintiff's motion for a default judgment is denied; and it is further

    **ORDERED** that defendant shall serve all correspondence with the Court and pleadings on plaintiff; and it is further

    **ORDERED** that plaintiff respond to defendant's request to stay proceedings pending her criminal appeal by March 11, 2009.

Dated:      New York, New York
            March 4, 2009

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE


     A copy of the foregoing Order has been mailed on this date to the following:

Matthew Lane Schwartz, Esq.
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

Daniel B. Karron
a/k/a/ Dianne Karron
#60101-054
Federal Prison Camp
Post Office Box A
Alderson, WV 24910

Daniel B. Karron
a/k/a Dianne Karron
348 E. Fulton Street
Long Beach, NY 11561

2