USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

     - v -

DANIEL B. KARRON,

                Defendant.

------------------------------------X

**ORDER**

08 Civ. 10223 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** defendant requested in a letter received by the Pro Se Office on February 2, 2009 a stay of this civil case pending the appeal of defendant's criminal conviction; and

    **WHEREAS** plaintiff submitted a letter dated March 11, 2009 arguing that such a stay is unwarranted; and

    **WHEREAS** plaintiff's arguments are persuasive; it is hereby

    **ORDERED** that defendant's request for a stay is denied; and it is further

    **ORDERED** that the following briefing schedule for summary judgment is adopted:

    Government to move on or before April 17, 2009

    Karron to oppose on or before June 5, 2009

    Government to reply on or before June 19, 2009

Dated:   New York, New York
         March 16, 2009

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Matthew Lane Schwartz, Esq.
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

Daniel B. Karron
a/k/a/ Dianne Karron
#60101-054
Federal Prison Camp
Post Office Box A
Alderson, WV 24910

Daniel B. Karron
a/k/a Dianne Karron
348 E. Fulton Street
Long Beach, NY 11561