UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

                - v -

DANIEL B. KARRON,

                        Defendant.

------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09

**MEMORANDUM & ORDER**

08 Civ. 10223 (NRB)

     In its March 17, 2009 Order, this Court denied defendant's request to stay this case pending the resolution of defendant's criminal appeal.  On April 17, 2009, defendant filed a notice of appeal from this non-final order.   Now before the Court is defendant's motion under 28 U.S.C. § 1292(b) to certify this decision for interlocutory appeal and defendant's request to proceed in forma pauperis pursuant to Rule 24 of the Federal Rules of Appellate Procedure.

     We find that this appeal does not meet the requirements for certification for an interlocutory appeal and thus we decline to the requested certification.  The case law clearly establishes plaintiff's right to proceed despite the pendency of defendant's criminal appeal.   As the government has already proven defendant's guilt in a criminal proceeding, the standard of proof

1

in this civil action has already been exceeded. For the same reasons, we also deny defendant's motion to proceed in forma pauperis.

If and when this action is again before this Court, we are prepared to adjourn the briefing of plaintiff's proposed motion for summary judgment until defendant is released from custody.

Insofar as defendant has endeavored to file a motion for reconsideration of our March 17, 2009 Order, entry #7 on the docket sheet, such motion is denied.

Dated:    New York, New York
          May 15, 2009

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE


      A copy of the foregoing Order has been mailed on this date to the following:

Matthew Lane Schwartz, Esq.
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007


Daniel B. Karron
a/k/a/ Dianne Karron

2

#60101-054
Federal Prison Camp
Post Office Box A
Alderson, WV 24910

Daniel B. Karron
a/k/a Dianne Karron
348 E. Fulton Street
Long Beach, NY 11561