# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __11__

---

UNITED STATES OF AMERICA

-v-

DANIEL B. KARRON

U.S.C.A. # _____

U.S.D.C. # __08 - cv - 10223__

JUDGE: __Naomi Reice Buchwald__

DATE: __June 12, 2009__

## INDEX TO THE RECORD ON APPEAL

*U.S. DISTRICT COURT FILED JUN 12 2009 OAJ S.D. OF N.Y.*

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __1(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------

**DOCUMENT DESCRIPTION**                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

*** ONLY CIRCLED DOCUMENTS ARE INCLUDED ***

*** ALL OTHERS MISSING AT THIS TIME ***

( √ ) ORIGINAL RECORD

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 12TH Day of June, 2009

Rev. 5/7/09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

**UNITED STATES OF AMERICA**

-v-

**DANIEL B. KARRON**

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # ____08 - cv - 10223____

JUDGE : ____Naomi Reice Buchwald____

DATE : ____June 12, 2009____

## CLERK'S CERTIFICATE

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ through ____, inclusive, constitutes the Original Record On Appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | CLERK'S CERTIFICATE |
| | SEE ATTACHED LIST OF NUMBERED DOCUMENTS |
| | ** *ONLY CIRCLED DOCUMENTS ARE INCLUDED* ** |
| | ** *ALL OTHERS MISSING AT THIS TIME* ** |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12TH Day of June, In this year of our Lord, Two Thousand and Nine, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

Rev. 5/7/09

APPEAL, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-10223-NRB
#### Internal Use Only

United States of America v. Karron  
Assigned to: Judge Naomi Reice Buchwald  
Cause: 28:1391 Personal Injury

Date Filed: 11/24/2008  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2008 | 1 | COMPLAINT against Daniel B. Karron. Document filed by United States of America.(mbe) (Entered: 11/29/2008) |
| 11/24/2008 | | SUMMONS ISSUED as to Daniel B. Karron. (mbe) (Entered: 11/29/2008) |
| 11/24/2008 | | Magistrate Judge Douglas F. Eaton is so designated. (mbe) (Entered: 11/29/2008) |
| 11/24/2008 | | Case Designated ECF. (mbe) (Entered: 11/29/2008) |
| 12/08/2008 | 2 | AFFIDAVIT OF SERVICE of Summons and Complaint. Daniel B. Karron served on 12/3/2008, answer due 12/23/2008. Service was accepted by Daniel B. Karron. Document filed by United States of America. (Schwartz, Matthew) (Entered: 12/08/2008) |
| 12/30/2008 | 3 | STIPULATION AND ORDER; that Karron's time to answer or otherwise respond to the complaint shall be extended to 1/23/2009. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 12/29/2008) (tve) (Entered: 12/30/2008) |
| 12/30/2008 | | Set/Reset Deadlines: Daniel B. Karron answer due 1/23/2009. (tve) (Entered: 02/24/2009) |
| 02/02/2009 | 4 | ANSWER to Complaint. Document filed by Daniel B. Karron.(jmi) (Entered: 03/04/2009) |
| 03/05/2009 | 5 | ORDER: that plaintiff's motion for a default judgment is denied. Defendant shall serve all correspondence with the Court and pleading on plaintiff. Plaintiff shall respond to defendant's request to stay proceedings pending her criminal appeal by 3/11/2009. (Signed by Judge Naomi Reice Buchwald on 3/4/2009) Copies Mailed By Chambers.(tve) (Entered: 03/05/2009) |
| 03/17/2009 | 6 | ORDER: that the following briefing schedule for summary judgment is adopted: Government to move on or before April 17, 2009; Karron to oppose on or before June 5, 2009; and Government to reply on or before June 19, 2009. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 3/16/2009) Copies Mailed By Chambers. (tve) Modified on 4/8/2009 (tve). (Entered: 03/17/2009) |
| 04/06/2009 | 7 | MOTION for Reconsideration for a stay of the above cited proceedings. Document filed by Daniel B. Karron.(djc) (Entered: 04/10/2009) |
| 04/17/2009 | 10 | NOTICE OF INTERLOCUTORY APPEAL from 6 Order, Set Deadlines. Document filed by Daniel B. Karron. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 06/12/2009) |
| 04/17/2009 | | Appeal Remark as to 10 Notice of Interlocutory Appeal filed by Daniel B. Karron. $455.00 APPEAL FEE DUE. IFP DENIED 5/15/09. (tp) (Entered: 06/12/2009) |
| 05/18/2009 | 8 | MEMORANDUM AND ORDER: Insofar as defendant has endeavored to file a motion for reconsideration of our March 17, 2009 Order, entry #7 on the docket sheet, such motion is denied. (Signed by Judge Naomi Reice Buchwald on 5/15/2009) Copies Mailed By Chambers. (jfe) (Entered: 05/18/2009) |
| 06/05/2009 | 9 | MOTION for the Court to Request Counsel (Version 2) Document filed by Daniel B. Karron.(djc) (Entered: 06/10/2009) |
| 06/12/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 10 Notice of Interlocutory Appeal. (tp) (Entered: 06/12/2009) |
| 06/12/2009 | | Transmission of Notice of Appeal to the District Judge re: 10 Notice of Interlocutory Appeal. (tp) (Entered: 06/12/2009) |