UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **12**

------

**UNITED STATES OF AMERICA**

-v-

**KARRON**

------

U.S.C.A. # _____09-2530-cv_____

U.S.D.C. # _____08 - cv - 10223_____

JUDGE : _Naomi Reice Buchwald_

DATE : _____July 02, 2009_____

*U.S. DISTRICT COURT FILED JUL 0 2 2009 S. D. OF N.Y.*

| NOTICE TO THE DOCKET CLERK |

( 1ST ) SUPPLEMENTAL INDEX

The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the 2ND Day of July, 2009.

Rev. 5/7/09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | U.S.C.A. # __09-2530-cv__ |
| -v- | U.S.D.C. # __08 - cv - 10223__ |
| KARRON | JUDGE : Naomi Reice Buchwald |
| | DATE : __July 02, 2009__ |

## 1ST SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) : __THOMAS R. PISARCZYK__
FIRM : __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS : __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO. : __1(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| 1. SUPPLEMENTAL CLERK'S CERTIFICATE | - - |
| 2. MOTION for Reconsideration | 07 |
| 3. Appeal Record Sent to USCA (Index) | 11 |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |

Rev. 5/7/09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | U.S.C.A. # _____09-2530-cv_____ |
| -v- | U.S.D.C. # ___08 - cv - 10223___ |
| | JUDGE : Naomi Reice Buchwald |
| **KARRON** | DATE : ___July 02, 2009___ |

---

## 1ST  SUPPLEMENTAL CLERK'S CERTIFICATE

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 2ND Day of July In this year of our Lord, Two Thousand and Nine, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

Rev. 5/7/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | U.S.C.A. # __09-2530-cv__ |
| -v- | U.S.D.C. # __08 - cv - 10223__ |
| **KARRON** | JUDGE : __Naomi Reice Buchwald__ |
| | DATE : __July 02, 2009__ |

---

## EXTRACT OF DOCKET ENTRIES

| DATE | DOCUMENT DESCRIPTION |
|---|---|
| | **SUPPLEMENTAL CLERK'S CERTIFICATE** |
| 04/06/09 | MOTION for Reconsideration |
| 06/12/09 | Appeal Record Sent to USCA (Index) |

J. Michael McMahon, Clerk

By _____
Deputy Clerk

Rev. 5/7/09