

U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMO ENDORSED

86 Chambers Street, 3rd Floor
New York, New York 10007

November 12, 2009

BY HAND



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/09

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 2270
New York, New York 10007

Re: *United States v. Karron*, No. 08 Civ. 10223 (NRB) (DFE)

Dear Judge Buchwald:

This Office represents the United States in the above-referenced action, which seeks to recover damages and civil penalties in connection with false claims made by defendant Daniel Karron to fraudulently obtain in excess of $1.3 million in scientific grants from the Department of Commerce. In my October 9th letter to the Court, I indicated that Dr. Karron and I had agreed to speak, and that I would provide a further update to the Court afterwards.

My efforts to speak with Dr. Karron have been somewhat hampered by the fact that she is presently under home confinement. A planned meeting at my office last week, for example, was cancelled because she was unable to get permission from the probation office sufficiently far in advance. Dr. Karron and I have been able to speak by telephone and correspond by e-mail, however, and I am able to report that we have begun discussions towards a resolution of this case. As mentioned, Dr. Karron intends to meet me in person to discuss her personal, corporate, and grant-related financial information to facilitate a resolution of this case. Moreover, she is in the process of preparing financial disclosure statements to my Office in connection with her criminal case (presumably in relation to the restitution ordered by Judge Patterson), and has indicated that she would like to share these disclosures with me, as well.

In light of these developments, the parties believe that it makes sense to defer motion practice until these negotiations play out. I respectfully propose to update this Court on the status of those discussions after 60 days, and thereafter on a monthly basis. Moreover, if at any time discussions with Dr. Karron cease to be fruitful, the Government will notify the Court and be prepared to proceed to summary judgment immediately. The parties hope that this arrangement is acceptable to the Court.

Finally, due to Dr. Karron's home confinement, she has asked that this case be converted to ECF. In support of that request, she advises:

[handwritten endorsement: Application to place this case on the ECF system is granted. So Ordered. 12/2/09]

The *pro se* defendant, Dr. Karron, is computer literate as evidenced by having taught biomedical informatics at CCNY and CUNY.

The defendant is working at minimum wages doing computer forensics programming out of [her] mother['s] home. Her current [research] sponsor has supplied hardware and software.

Therefore, the defendant has ample computer access.

(At Dr. Karron's request, a copy of her letter is enclosed.) The Government has no objection to this request.

Thank you for your consideration.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

2

D B Karron, PhD
348 East Fulton Street
Long Beach, New York 11561

November 4, 2009

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

In Re: **United States of America v. Karron, 08 Civ. 10223 (NRB)**

Dear Judge Buchwald;

In response to an e-mail from AUSA Mr. Matthew Schwartz, and from ensuing voice and e-mail discussion with Mr. Schwartz(Plaintiff) and myself (Defendant), We jointly, would like to request that the the above captioned case be converted for electronic filing.

The Pro Se office manual Frequently Asked Questions (FAQ) advises :

**Can I file my papers electronically?**
*Pro se* litigants may not file electronically without the judge's prior approval. If you would like to electronically file your papers, you must make a written application to the judge and include information regarding your ability to use a computer and what computer access you have.

The *pro se* Defendant, Dr. Karron offers this response to this specification:

The Defendant is computer literate as evidenced by having taught biomedical informatics at CCNY and CUNY.

The defendant is working at minimum wages doing computer forensics programming out of the mothers' home. Her current sponsor has supplied hardware and software.

Therefore the Defendant has ample computer access.

Sincerely,

D B Karron, PhD
*Pro Se* Defendant