

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/10
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**   86 Chambers Street, 3rd Floor   **MEMO ENDORSED**
New York, New York 10007

March 19, 2010

BY HAND
Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

[Stamp: RECEIVED IN CHAMBERS NAOMI REICE BUCHWALD MAR 2 2 2010 ED STATES DIST...]

Re:   *United States v. Karron*, 08 Civ. 10223 (NRB) (DFE)

*Endorsement:* This is the last extension. Either the parties resolve the case by settlement or the government should make its summary judgment motion. So Ordered. /s/ Naomi Reice Buchwald USDJ 3/23/10

Dear Judge Buchwald:

   As indicated in my February 19, 2010 letter to the Court, I write to update the Court regarding the status of the above-captioned case. This Office has examined certain financial records that Dr. Karron provided in electronic format on March 3, 2010 and is preparing to request follow-up information from Dr. Karron. Dr. Karron's responses to these requests will assist this Office in determining its litigation position. I respectfully request that this Office be permitted to provide a further update to the Court one month from today's date, *i.e.*, on or before April 19, 2010.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Michael Byars
MICHAEL J. BYARS
Assistant United States Attorney
Telephone:  (212) 637-2793
Facsimile:  (212) 637-2717
E-mail:  michael.byars@usdoj.gov

cc:   Dr. D. B. Karron, *pro se* (by e-mail)