**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                    :
                                             :
                    Plaintiff,               :
                                             :   08 Civ. 10223 (NRB) (DFE)
                                             :
         - v. -                              :   **NOTICE OF MOTION**
                                             :
DANIEL B. KARRON,                            :
                                             :
                    Defendant.               :

---------------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Plaintiff's Motion for Summary Judgment, Rule 56.1 Statement, Declaration of Melinda S.

Chukran, Declaration of Michael J. Byars, plaintiff the United States of America, by and through

its attorney, Preet Bharara, United States Attorney for the Southern District of New York, will

move this Court for summary judgment under Rule 56(c) of the Federal Rules of Civil Procedure

as to defendant's liability for and the amount of damages and penalties under the False Claims

Act, 31 U.S.C. § 3729 *et seq.*

Dated:  New York, New York
        June 18, 2010

                                        Respectfully submitted,


                                        PREET BHARARA
                                        United States Attorney

                                    By:  s/ *Michael J. Byars*
                                        MICHAEL J. BYARS
                                        Assistant United States Attorney
                                        Telephone:  (212) 637-2793
                                        Facsimile:  (212) 637-2717
                                        Email:  michael.byars@usdoj.gov