UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                :
                                         :
        Plaintiff,                      :
                                         :   08 Civ. 10223 (NRB) (DFE)
  - v. -                                 :
                                         :   **DECLARATION OF MICHAEL**
DANIEL B. KARRON,                        :   **J. BYARS IN SUPPORT OF**
                                         :   **PLAINTIFF'S MOTION FOR**
        Defendant.                      :   **SUMMARY JUDGMENT**
------------------------------------------------------------------ x

      I, MICHAEL J. BYARS, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

      1.    I am an Assistant United States Attorney in the Southern District of New York. I make this declaration in support of plaintiff's Motion for Summary Judgment dated June 18, 2010 (the "Motion") to place before the Court certain documents relating to the Motion.

      2.    A true and complete copy of the following exhibits admitted into evidence at the June 2008 criminal trial in *United States v. Karron*, No. 07-CR-541 (RPP), is attached hereto under tabs bearing the respective exhibit number in the form "GX __":

| Exhibit No. | Exhibit |
|---|---|
| GX 2 | General Terms and Conditions, Advanced Technology Program |
| GX 10 | Application dated July 6, 2001 |
| GX 10A | Application dated August 6, 2001 |
| GX 12 | Financial Assistance Award |
| GX 13 | Special Award Conditions |
| GX 14 | Revised Budget dated September 20, 2001 |
| GX 21 | Amendment to Financial Assistance Award dated November 7, 2001 |

| Exhibit No. | Exhibit |
|---|---|
| GX 26 | Amendment to Financial Assistance Award dated June 27, 2003 |
| GX 40 | Financial Status Report for October through December 2001, dated January 10, 2002 |
| GX 40A | Revised Financial Status Report for October through December 2001, dated August 13, 2003 |
| GX 41 | Financial Status Report for January through March 2002, dated April 12, 2002 |
| GX 41A | Revised Financial Status Report for January through March 2002, dated August 13, 2003 |
| GX 42 | Financial Status Report for April through June 2002 (undated) |
| GX 42A | Revised Financial Status Report for April through June 2002, dated August 13, 2003 |
| GX 43 | Financial Status Report for July through September 2002, dated October 28, 2002 |
| GX 43A | Revised Financial Status Report for July through September 2002, dated August 13, 2003 |
| GX 44 | Financial Status Report for October through December 2002, dated August 13, 2003 |
| GX 45 | Financial Status Report for January through March 2002, dated August 13, 2003 |
| GX 46 | Financial Status Report for April through June 2002, dated August 13, 2003 |
| GX 62 | Final Audit Report for CASI Award dated August 2004 |
| GX 114 | Summary of CASI financial records prepared by witness Belinda Riley[1] |

---

[1] Ms. Riley testified that she prepared GX 114 using "canceled checks and American Express statements [as] the main source documents," and GX 114 was admitted into evidence without objection. Trial Tr. 549:22-550:10.

2

3. A true and complete copy of the excerpts of the transcript of the June 2008 trial in *United States v. Karron*, No. 07-CR-541 (RPP), cited in plaintiff's moving brief is attached hereto under the tab marked "Trial Transcript."

4. A true and complete copy of the transcript of the October 20, 2008, sentencing proceeding in *United States v. Karron*, No. 07-CR-541 (RPP), is attached hereto under the tab marked "Sentencing Transcript."

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 18th day of June 2010, in New York, New York.

> By: s/ *Michael J. Byars*
> MICHAEL J. BYARS
> Assistant United States Attorney
> Telephone: (212) 637-2793
> Facsimile: (212) 637-2717
> Email: michael.byars@usdoj.gov