

UNITED STATES DEPARTMENT OF COMMERCE
National Institute of Standards and Technology
Gaithersburg, Maryland 20899-

OCT 0 1

Dr. D. B. Karron
Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

Reference: Advanced Technology Program Award Number 70NANB1H3050

Dear Dr. Karron:

I am pleased to transmit three (3) copies of the referenced award. Please review the award documents thoroughly and if you agree with the provisions, sign the three (3) copies of the Financial Assistance Award (CD-450) and return two (2) originally signed copies, including the Special Award Conditions and budget, to:

> National Institute of Standards and Technology
> Grants and Agreements Management Division
> 100 Bureau Drive, Building 411, Room A143, Stop 3580
> Gaithersburg, MD 20899-3580

You are to retain the third copy of the award document and provisions for your records. This award becomes void if not signed and returned within thirty (30) days of receipt. If you have any questions concerning this award, please contact the NIST Grants Specialist identified in the cooperative agreement special award conditions.

We congratulate you on receiving this award and wish you success in the development and broad dissemination of challenging high-risk technologies that could offer the potential for significant, broad-based economic benefits for the nation.

Sincerely,

Marc Stanley

Marc G. Stanley
Acting Director, Advanced Technology Program

Enclosures

**GOVERNMENT EXHIBIT 11**
07 Cr. 541 (RPP) **(ID)**

NIST