| -150 (98) | U.S. DEPARTMENT OF COMMERCE | GRANT  X COOPERATIVE AGREEMENT |
|---|---|---|
| | **FINANCIAL ASSISTANCE AWARD** | ACCOUNTING CODE<br>cc: 1/4721348<br>Req. No. 1/472-2136 |
| RECIPIENT NAME<br>Computer Aided Surgery, Inc. | | AWARD NUMBER<br>70NANB1H3050 |
| STREET ADDRESS<br>300 East 33rd Street, Suite 4N | | FEDERAL SHARE OF COST<br>$800,000.00 |
| CITY, STATE, ZIP CODE<br>New York, NY 10016 | | RECIPIENT SHARE OF COST<br>$ 36,500.00 |
| AWARD PERIOD<br>October 1, 2001 through September 30, 2004 (project period)* | | TOTAL ESTIMATED COST<br>$843,000.00 * |

AUTHORITY
P.L. 100-418, Section 6131 (codified at 15 USC 278n) as modified by P.L. 102-245

CFDA NO. AND PROJECT TITLE    11.612, Advanced Technology Program (ATP), Proposal No. 00-00-4607
Project Title: Anatomic Computer Modeling for Precise and Accurate Therapies

This Award approved by the Grants Officer is issued in triplicate and constitutes an obligation of Federal funding. By signing the three documents, the Recipient agrees to comply with the Award provisions checked below and attached. Upon acceptance by the Recipient, two signed Award documents shall be returned to the Grants Officer and the third document shall be retained by the Recipient. If not signed and returned without modification by the Recipient within 30 days of receipt, the Grants Officer may unilaterally terminate this Award.

- X  Department of Commerce Financial Assistance Standard Terms and Conditions
-    Special Award Conditions
- X  Line Item Budget
- X  15 CFR Part 14, Uniform Administrative Requirements for Grants and Agreements with Institutions of Higher Education, Hospitals, Other Non-Profit, and Commercial Organizations
- ☐  15 CFR Part 24, Uniform Administrative Requirements for Grants and Agreements to State and Local Governments
- ☐  OMB Circular A-21, Cost Principles for Educational Institutions
- ☐  OMB Circular A-87, Cost Principles for State, Local, and Indian Tribal Governments
- ☐  OMB Circular A-122, Cost Principles for Nonprofit Organizations
- X  48 CFR Part 31, Contract Cost Principles and Procedures
- ☐  OMB Circular A-133, Audits of States, Local Governments, and Non-Profit Organizations
- X  Other(s)  General Terms and Conditions, Advanced Technology Program (ATP)(8/01); Program Specific Audit Guidelines for ATP Cooperative Agreements with Single Companies (9/99)
   * Multi-year Project. See Special Award Condition # 06.
   B-AE93-N-C-F-N-A-36-51000    EIN: 13-388-9180    472/B.J.Lide

GOVERNMENT EXHIBIT 12  07 Cr. 541 (RPP) (ID)

| SIGNATURE OF DEPARTMENT OF COMMERCE GRANTS OFFICER<br>Marilyn Goldstein /s/ Marilyn Goldstein | TITLE<br>GRANTS OFFICER | DATE<br>9-29-01 |
|---|---|---|
| TYPED NAME AND SIGNATURE OF AUTHORIZED RECIPIENT OFFICIAL<br>/s/ | TITLE<br>President | DATE<br>5 Oct 01 |

ORIGINAL    G 1/3