4637 # 7^ NANB I H 3050    Rev Budget dated 9/20/01

EST ED MULTI-YEAR BUDGET - SINGLE COMP.

| | YEAR ONE | YEAR TWO | YEAR THREE | TOTAL |
|---|---|---|---|---|
| **1. OBJECT CLASS CATEGORY** | | | | |
| A. Personnel Salaries / Wages | $375,000 | $375,000 | $375,000 | $1,125,000 |
| B. Personnel Fringe Benefits (34%) | $127,500 | $127,500 | $127,500 | $382,500 |
| C. Travel | $4,000 | $9,000 | $12,000 | $25,000 |
| D. Equipment | $120,000 | $9,000 | $9,000 | $138,000 |
| E. Materials/Supplies | | | | |
| F. Subcontractor | $200,000 | $110,000 | $110,000 | $420,000 |
| G. Other | $10,000 | | $10,000 | $20,000 |
| H. Total Direct Costs (Lines A thru G) | $836,500 | $630,500 | $643,500 | $2,110,500 |
| I. Total Direct Costs Requested from ATP | $800,000 | $600,000 | $600,000 | $2,000,000 |
| J. Total Direct Costs Shared by Proposer | $36,500 | $30,500 | $43,500 | $110,500 |
| K. Total Indirect Costs Absorbed by Proposer | $6,500 | $500 | $3,500 | $10,500 |
| L. Total Costs (Lines H + K) | $843,000 | $631,000 | $647,000 | $2,121,000 |
| **2. SOURCES OF FUNDS** | | | | |
| A. ATP (Same as Line I | $800,000 | $600,000 | $600,000 | $2,000,000 |
| B. PI | $30,000 | $30,000 | $40,000 | $110,500 |
| C. PI Indirect absorbed costs | $6,500 | $500 | $3,500 | $10,500 |
| D. | | | | |
| E. Total Sources of Funds (Same as Line L) | $843,000 | $631,000 | $647,000 | $2,121,000 |
| **3. TASKS** | | | | |
| A. 1 Server hardware install and config | $419,000 | | | $419,000 |
| B. 2 Public client design mock-up | $111,000 | | | $111,000 |
| C. 3 Program SpiderWeb surface gen | $111,000 | | | $111,000 |
| D. 4 Recog, sort Crits, Graph display | $202,000 | | | $202,000 |
| E. 5 Wrie Union/Intersection operator | | $210,500 | | $210,500 |
| F. 6 Write saddle crit navigator/editor | | $210,000 | | $210,000 |
| G. 7 Write DICOM, up/down load compres/crypt | | $210,500 | | $210,500 |
| H. 8 Node warping code | | | $214,500 | $214,500 |
| I. 9 Write Level of Detail Management code | | | $211,000 | $211,000 |
| J 10: Install click stream technology on clients | | | $221,500 | $221,500 |
| K. Total Costs of All Tasks (Same as Line L) | $843,000 | $631,000 | $647,000 | $2,121,000 |

GOVERNMENT EXHIBIT 14
07 Cr. 541 (RPP) (ID)