| FORM CD-451 (REV 10/98) | U.S. DEPARTMENT OF COMMERCE<br><br>AMENDMENT TO<br>FINANCIAL ASSISTANCE AWARD | ☐ GRANT   X COOPERATIVE AGREEMENT |
|---|---|---|
| | | ACCOUNTING CODE<br>cc: 2/4721348   Obj Class: 4110<br>Req. No. 2/472-2108   $0.00 |
| | | AWARD NUMBER<br>70NANB1H3050 |
| **RECIPIENT NAME**<br>Computer Aided Surgery, Inc. | | **AMENDMENT NUMBER**<br>#06 |
| **STREET ADDRESS**<br>300 East 33rd Street, Suite 4N | | **EFFECTIVE DATE**   JUN 27 2003 |
| **CITY, STATE, ZIP CODE**<br>New York, NY 10016 | | **EXTEND WORK COMPLETION TO** |

CFDA NO. AND PROJECT TITLE: 11.612, Advanced Technology Program (ATP), Proposal No. 00-00-4607
Project Title: Anatomic Computer Modeling for Precise and Accurate Therapies

| COSTS ARE REVISED AS FOLLOWS: | PREVIOUS ESTIMATED COST | ADD | DEDUCT | TOTAL ESTIMATED COST |
|---|---|---|---|---|
| FEDERAL SHARE OF COST | $1,400,000.00 | $0 | $0 | $1,400,000.00 |
| RECIPIENT SHARE OF COST | $67,000.00 | $0 | $0 | $67,000.00 |
| TOTAL ESTIMATED COST | $1,467,000.00 | $0 | $0 | $1,467,000.00 |

**REASON(S) FOR AMENDMENT**
This cooperative agreement is being amended to suspend this award, effective immediately, for non-compliance of Special Award #7.

This Amendment approved by the Grants Officer is issued in triplicate and constitutes an obligation of Federal funding. By signing the three documents, the Recipient agrees to comply with the Amendment provisions checked below and attached, as well as previous provisions incorporated into the Award. Upon acceptance by the Recipient, two signed Amendment documents shall be returned to the Grants Officer and the third document shall be retained by the Recipient. If not signed and returned without modification by the Recipient within 30 days of receipt, the Grants Officer may unilaterally terminate this Amendment.

X Special Award Conditions

☐ Line Item Budget

☐ Other(s) _____ B-AE93-N-C-F-N-A-36-51000   EIN: 13-38809180   472/B.J. Lide/J. Orthwein

GOVERNMENT EXHIBIT 26   07 Cr. 541 (RPP) (ID)

| SIGNATURE OF DEPARTMENT OF COMMERCE GRANTS OFFICER<br>Marilyn Goldstein   /s/ Marilyn Goldstein | DATE<br>6-27-03 |
|---|---|
| TYPED NAME, TYPED TITLE, AND SIGNATURE OF AUTHORIZED RECIPIENT OFFICIAL | DATE |

4

# SPECIAL AWARD CONDITIONS
## ADVANCED TECHNOLOGY PROGRAM – SINGLE RECIPIENT
## COMPUTER AIDED SURGERY, INC.
## COOPERATIVE AGREEMENT NO. 70NANB1H3050
## AMENDMENT #06

**THE FOLLOWING SPECIAL AWARD CONDITION IS INCORPORATED:**

**12. SUSPENSION**

Pursuant to OMB Circular A-110 Section __.51 and Department of Commerce regulations at 15 CFR sec. 14.62 (a) (1) and (3), this cooperative agreement is suspended effective as of the date of this amendment. Based upon preliminary audit information, you are in non-compliance of Special Award Condition #7 "Cost Share". No further costs shall be incurred under this award without the express written approval of the NIST Grants Officer, pursuant to 15 CFR sec. 14.62 (c).

This award will remain suspended until Recipient provides evidence, satisfactory to the Grants Officer that it is in full-compliance with Special Award Condition #7.

L PRIOR TERMS AND CONDITIONS REMAIN THE SAME.

In

To: hope.snowden@nist.gov
Subject: 1H3050
Cc: jayne Orthwein <jayne.orthwein@nist.gov>

Jayne Orthwein and I concur with the decision of the Grants Office to suspend award 1H3050 immediately, based on noncompliance.

Thank you.

Bettijoyce Lide
Program Manager, Healthcare Informatics
Competitions Manager
Advanced Technology Program
phone (301) 975-2218
fax (301) 926-9524
e-mail: bettijoyce.lide@nist.gov

In

To: hope.snowden@nist.gov
Subject: Suspension
Cc: bjlide@nist.gov

Hope,
Based upon the information received from the auditor positioned at CASI, I agree with the Grants recommendation for immediate suspension.

Jayne

June 27, 2003

Dr. D. B. Karron
Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, NY 10016

RE: Cooperative Agreement No. 70NANB1H3050
    Amendment No. 06

Dear Dr. Karron:

Enclosed please find an original and two (2) copies of Amendment No. 06 to the above referenced Cooperative Agreement. Within thirty (30) days of receipt of these documents, please have an authorized individual sign and date the documents, and *return the original and copy number 2 to my attention* at:

**National Institute of Standards and Technology
Grants Office
100 Bureau Drive, Building 411, STOP 3580
Gaithersburg, MD 20899-3580.**

You may retain copy number 3 for your files. If you have any questions, please feel free to contact me at (301) 975-6002 or by fax at (301) 840-5976 or via e-mail at hope.snowden@nist.gov.

Sincerely,

Hope Snowden
Grants Specialist


Enclosures:   Form CD-451 (3)


bc: File, Reader,BJ. Lide/ J. Orthwein ATP Project Manager
NIST/OA/GAMD (358): H.Snowden:975-6002:B.Rivera
(DOC:letters/ament):wp61\File in Bldg 411, A-143