# FINANCIAL STATUS REPORT
(Long Form)
*(Follow Instructions on the back)*

| 1. Federal Agency and Organizational Element to Which Report is Submitted | 2. Federal Grant or Other Identifying Number Assigned By Federal Agency | OMB Approval No. 0348-0039 | Page 1 of 1 pages |
|---|---|---|---|
| NIST/ATP | 70NANB1H3050 | | |

**3. Recipient Organization** (Name and complete address, including ZIP code)
Computer Aided Surgery, Inc.
300 E. 33rd St., New York, New York 10016

| 4. Employer Identification Number | 5. Recipient Account Number or Identifying Number | 6. Final Report | 7. Basis |
|---|---|---|---|
| 13-3889180 | 131 068 299 665 | ☐ Yes ☒ No | ☒ Cash ☐ Accrual |

| 8. Funding/Grant Period (See Instructions) | | 9. Period Covered by this Report | |
|---|---|---|---|
| From: (Month, Day, Year) 10/1/2001 | To: (Month, Day, Year) 3/31/2002 | From: (Month, Day, Year) 1/1/2002 | To: (Month, Day, Year) 3/31/2002 |

| 10. Transactions: | I Previously Reported | II This Period | III Cumulative |
|---|---|---|---|
| a. Total outlays | 210,000.00 | 240,000.00 | 450,000.00 |
| b. Refunds, rebates, etc. | | | 0.00 |
| c. Program income used in accordance with the deduction alternative | | | 0.00 |
| d. Net outlays (Line a, less the sum of lines b and c) | 210,000.00 | 240,000.00 | 450,000.00 |
| Recipient's share of net outlays, consisting of: | | | |
| e. Third party (in-kind) contributions | | | 0.00 |
| f. Other Federal awards authorized to be used to match this award | | | 0.00 |
| g. Program income used in accordance with the matching or cost sharing alternative | | | 0.00 |
| h. All other recipient outlays not shown on lines e, f or g | | | 0.00 |
| i. Total recipient share of net outlays (Sum of lines e, f, g and h) | 0.00 | 0.00 | 0.00 |
| j. Federal share of net outlays (line d less line i) | 210,000.00 | 240,000.00 | 450,000.00 |
| k. Total unliquidated obligations | | | |
| l. Recipient's share of unliquidated obligations | | | |
| m. Federal share of unliquidated obligations | | | |
| n. Total Federal share (sum of lines j and m) | 210,000.00 | 240,000.00 | 450,000.00 |
| o. Total Federal funds authorized for this funding period | 210,000.00 | 240,000.00 | 450,000.00 |
| p. Unobligated balance of Federal funds (Line o minus line n) | | | 0.00 |
| Program income, consisting of: | | | |
| q. Disbursed program income shown on lines c and/or g above | | | |
| r. Disbursed program income using the addition alternative | | | |
| s. Undisbursed program income | | | |
| t. Total program income realized (Sum of lines q, r and s) | | | 0.00 |

| 11. Indirect Expense | a. Type of Rate (Place "X" in appropriate box) ☐ Provisional ☐ Predetermined ☐ Final ☐ Fixed | | | |
|---|---|---|---|---|
| | b. Rate N/A | c. Base | d. Total Amount | e. Federal Share |

**12. Remarks:** Attach any explanations deemed necessary or information required by Federal sponsoring agency in compliance with governing legislation.

**13. Certification:** I certify to the best of my knowledge and belief that this report is correct and complete and that all outlays and unliquidated obligations are for the purposes set forth in the award documents.

| Typed or Printed Name and Title | Telephone (Area code, number and extension) |
|---|---|
| Dr. D. B. Karron, President | 212-888-8748 |
| Signature of Authorized Certifying Official *D.B. Karron, PhD* | Date Report Submitted August 13, 2003  REVISED |

Previous Edition Usable
NSN 7540-01-012-4285
269-104
200-499  P.O. 139  (Face)
Standard Form 269 (Rev. 7-97)
Prescribed by OMB Circulars A-102 and A-110

GOVERNMENT EXHIBIT 41A
07 Cr. 541 (RPP) (ID)