# FINANCIAL STATUS REPORT
(Short Form)
(Follow instructions on the back)

| 1. Federal Agency and Organizational Element to Which Report is Submitted: NIST ATP | 2. Federal Grant or Other Identifying Number Assigned By Federal Agency: 70NANB1H3050 | OMB Approval No. 0348-0039 | Page 1 of 1 pages |
|---|---|---|---|

**3. Recipient Organization** (Name and complete address, including ZIP code)
Computer Aided Surgery, Inc.
300 East 33rd Street, Suite 4N
New York, NY 10016

| 4. Employer Identification Number: 13-3889180 | 5. Recipient Account Number or Identifying Number: 131 068 299 665 | 6. Final Report: ☐ Yes  ☒ No | 7. Basis: ☒ Cash  ☐ Accrual |
|---|---|---|---|

| 8. Funding/Grant Period | | 9. Period Covered by this Report | |
|---|---|---|---|
| From: 10/01/2001 | To: 09/30/2002 | From: 04/01/2002 | To: 06/30/2002 |

| 10. Transactions | I Previously Reported | II This Period | III Cumulative |
|---|---|---|---|
| a. Total outlays | $407,796.22 | $208,726.84 | $616,523.06 |
| b. Recipient share of outlays | $17,796.22 | $8,726.84 | $26,523.06 |
| c. Federal share of outlays | $390,000.00 | $200,000.00 | $590,000.00 |
| d. Total unliquidated obligations | | | |
| e. Recipient share of unliquidated obligations | | | |
| f. Federal share of unliquidated obligations | | | |
| g. Total Federal share (Sum of lines c and f) | | | $590,000.00 |
| h. Total Federal funds authorized for this funding period | | | $800,000.00 |
| i. Unobligated balance of Federal funds (Line h minus line g) | | | $210,000.00 |

| 11. Indirect Expense | a. Type of Rate (Place "X" in appropriate box): ☐ Provisional  ☐ Predetermined  ☐ Final  ☐ Fixed | | | |
|---|---|---|---|---|
| | b. Rate | c. Base | d. Total Amount | e. Federal Share |

**12. Remarks:** Attach any explanations deemed necessary or information required by Federal sponsoring agency in compliance with governing legislation.

**13. Certification:** I certify to the best of my knowledge and belief that this report is correct and complete and that all outlays and unliquidated obligations are for the purposes set forth in the award documents.

| Typed or Printed Name and Title: Dr D B Karron, President | Telephone (Area code, number and extension): 212-686-8748 |
|---|---|
| Signature of Authorized Certifying Official | Date Report Submitted |

GOVERNMENT EXHIBIT 42
07 Cr. 541 (RPP) (ID)

Standard Form 269A (REV 4-88)
Prescribed by OMB Circulars A-102 and A-110