





| Amendment # 2 - 1/4/02 | Budget | CASI Spent | Difference | % Difference |
|---|---|---|---|---|
| Subcontractor | $250,000 | $75,962 | (174,038) | -69.62% |
| Dr. Karron Salary | $175,000 | $200,488 | 25,488 | 14.56% |
| Other Employees' Salaries | $150,000 | $141,922 | (8,078) | -5.39% |
| Equipment | $110,000 | $189,819 | 79,819 | 72.56% |
| Dr. Karron Fringe Benefits | $59,500 | $19,163 | (40,337) | -67.79% |
| Other Employees' Fringe Benefits | $51,000 | $20,222 | (30,778) | -60.35% |
| Travel | $20,000 | $10,914 | (9,086) | -45.43% |
| Materials / Supplies | $11,000 | $26,364 | 15,364 | 139.68% |
| Audits | $10,000 | $5,000 | (5,000) | -50.00% |
| Dr K Rent | $0 | $60,000 | 60,000 | - |
| Other- (Bookkeeping / Auto Exp / Bank Processing Consultants / Lawyers / Dues Subscriptions | $0 | $43,592 | 43,592 | - |
| Utilities | $0 | $16,341 | 16,341 | - |
| Dr. Karron Fringe Benefits - Not Allowed | $0 | $4,081 | 4,081 | - |
| Other Employees' Fringe Benefits - Not allowed | $0 | $5,751 | 5,751 | - |
| Capital Improvement | $0 | $11,248 | 11,248 | - |
| Cleaning - D. Ferrand | $0 | $5,019 | 5,019 | - |
| Meals | $0 | $1,936 | 1,936 | - |
| Total Direct Costs | $836,500 | $837,822 | | |