## CERTIFICATE OF SERVICE

  I, MICHAEL J. BYARS, an Assistant United States Attorney in the Southern District of New York, certify that, on June 18, 2010, I caused the Notice of Motion, Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, Rule 56.1 Statement, Declaration of Melinda S. Chukran, Declaration of Michael J. Byars, Local Rule 56.2 Notice, as well as the following opinions:

- *United States ex rel. Antidiscrimination Center of Metro New York v. Westchester County,* No. 06-CV-2860 (DLC), 2009 WL 1108517 (S.D.N.Y. Apr. 24, 2009);
- *United States ex rel. Feldman v. Van Gorp,* No. 03 CV 8135 (WHP), 2010 WL 1948592;
- *United States ex rel. Miller v. Bill Harbert Int'l Const. Inc.,* No. 95-1231 (RCL), 2007 WL 851857 (D.D.C. Mar. 14, 2007);
- *United States ex rel. Resnick v. Weill Med. Coll. of Cornell Univ.,* No. 04-CV-3088 (WHP), 2009 WL 637137 (S.D.N.Y. Mar. 5, 2009);
- *United States v. Convalescent Trans., Inc.,* No. 4:03-CV-32-FL, 2007 WL 2090210 (E.D.N.C. July 19, 2007);
- *United States v. Grossman,* No. 01-CV-603 (NRB), 2002 WL 1349749 (S.D.N.Y. June 20, 2002); and
- *United States v. Pimentel,* No. 86 Civ. 2113(WK), 1999 WL 504906 (S.D.N.Y. July 15, 1999);

to be served on the following by First Class Mail:

      Daniel B. Karron
      Redacted
      Defendant, *pro se*

Dated: New York, New York
    June 18, 2010

           By:  *s/ Michael J. Byars*
              MICHAEL J. BYARS
              Assistant United States Attorney