UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
  UNITED STATES OF AMERICA,

              Plaintiff,

      - v. -

  DANIEL B. KARRON,

              Defendant.

------------------------------------------------------------------- x

08 Civ. 10223 (NRB) (DFE)

**AMENDED DECLARATION OF MICHAEL J. BYARS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      I, MICHAEL J. BYARS, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

      1.      I am an Assistant United States Attorney in the Southern District of New York.  I make this declaration in support of plaintiff's Motion for Summary Judgment dated June 18, 2010 (the "Motion") to place before the Court certain documents relating to the Motion.

      2.      A true and complete copy of the following exhibits admitted into evidence at the June 2008 criminal trial in *United States v. Karron*, No. 07-CR-541 (RPP), is attached hereto under tabs bearing the respective exhibit number in the form "GX __":

| Exhibit No. | Exhibit |
|---|---|
| GX 2 | General Terms and Conditions, Advanced Technology Program |
| GX 10 | Application dated July 6, 2001 |
| GX 10A | Application dated August 6, 2001 |
| GX 11 | Letter from Marc G. Stanley dated October 2001[1] |
| GX 12 | Financial Assistance Award |
| GX 13 | Special Award Conditions |
| GX 14 | Revised Budget dated September 20, 2001 |
| GX 21 | Amendment to Financial Assistance Award dated November 7, 2001 |

---

[1] GX 11 was inadvertently omitted from Paragraph 2 of the original Byars Declaration, but was attached thereto.  As all exhibits remain the same, they are incorporated herein by reference.

| Exhibit No. | Exhibit |
|---|---|
| GX 26 | Amendment to Financial Assistance Award dated June 27, 2003 |
| GX 40 | Financial Status Report for October through December 2001, dated January 10, 2002 |
| GX 40A | Revised Financial Status Report for October through December 2001, dated August 13, 2003 |
| GX 41 | Financial Status Report for January through March 2002, dated April 12, 2002 |
| GX 41A | Revised Financial Status Report for January through March 2002, dated August 13, 2003 |
| GX 42 | Financial Status Report for April through June 2002 (undated) |
| GX 42A | Revised Financial Status Report for April through June 2002, dated August 13, 2003 |
| GX 43 | Financial Status Report for July through September 2002, dated October 28, 2002 |
| GX 43A | Revised Financial Status Report for July through September 2002, dated August 13, 2003 |
| GX 44 | Financial Status Report for October through December 2002, dated August 13, 2003 |
| GX 45 | Financial Status Report for January through March 2002, dated August 13, 2003 |
| GX 46 | Financial Status Report for April through June 2002, dated August 13, 2003 |
| GX 62 | Final Audit Report for CASI Award dated August 2004 |
| GX 114 | Summary of CASI financial records prepared by witness Belinda Riley[2] |

3.  A true and complete copy of the excerpts of the transcript of the June 2008 trial in *United States v. Karron*, No. 07-CR-541 (RPP), cited in plaintiff's moving brief is attached hereto under the tab marked "Trial Transcript."

---

[2] Ms. Riley testified that she prepared GX 114 using "canceled checks and American Express statements [as] the main source documents," and GX 114 was admitted into evidence without objection. Trial Tr. 549:22-550:10.

2

4. A true and complete copy of the transcript of the October 20, 2008, sentencing proceeding in *United States v. Karron*, No. 07-CR-541 (RPP), is attached hereto under the tab marked "Sentencing Transcript."

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 24th day of June 2010, in New York, New York.

By: s/ *Michael J. Byars*  
MICHAEL J. BYARS  
Assistant United States Attorney  
Telephone: (212) 637-2793  
Facsimile: (212) 637-2717  
Email: michael.byars@usdoj.gov