

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 24, 2010

BY HAND
Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007



Re:   *United States v. Karron*, 08 Civ. 10223 (NRB) (DFE)

Dear Judge Buchwald:

    I write to correct an error in the Byars Declaration submitted in support the Government's June 18, 2010 summary judgment motion. The original version of the Byars Declaration omitted GX11 from Paragraph 2's list of exhibits from Dr. Karron's criminal trial, although a true and complete copy of GX11 was attached thereto. I enclose an amended Byars Declaration, which incorporates by reference the exhibits attached to the original version.

    I also note that, although all motion papers were electronically filed with the Court on the June 18, 2010 deadline, e-mail service of the filing on defendant was not completed until June 19, 2010, due to an e-mailing error by the undersigned. Dr. Karron has asked for an additional twelve days to submit the opposition (*i.e.*, an extension from the current deadline of July 7 to July 19, 2010). The Government consents to this request, and respectfully requests that the time to file its reply be extended from July 16 to July 28, 2010.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2717
E-mail: michael.byars@usdoj.gov

Enclosure

*So Ordered.*

*[handwritten endorsement]*
6/28/10

Hon. Naomi Reice Buchwald, page 2

cc:     Dr. D. B. Karron, *pro se* (by e-mail)