**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/10

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

**MEMO ENDORSED**

July 14, 2010

BY HAND
Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   United States v. Karron, 08 Civ. 10223 (NRB) (DFE)

Dear Judge Buchwald:

I write regarding the enclosed e-mail from defendant containing two requests regarding the briefing of the Government's motion for summary judgment, which was filed on June 18, 2010.

Defendant's first request is to enlarge the briefing schedule by an additional week, so that the opposition submission would now be due July 26, 2010. Under the Court's original briefing schedule, defendant's opposition papers were due on July 7, 2010. This deadline has been extended once to the present deadline of July 19, 2010, in part due to the undersigned's one-day delay in completing e-mail service of the motion papers. The Government does not oppose defendant's request, and respectfully asks that, if the Court grants defendant's request, the Court also enlarge the time for the Government to file its reply by one week, *i.e.*, to August 4, 2010.

Defendant's second request is for leave to submit exhibits and affidavits only in electronic form. The Government takes no position regarding this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  *Michael Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2717
E-mail: michael.byars@usdoj.gov

---

**ENDORSEMENT**

While the Court will grant these extension requests, it should be clear that no further extensions will be granted. Also, it should be clear that the Court requires complete copies of the papers in hard copy to be delivered to chambers.

So Ordered,
*Naomi Reice Buchwald,*
USDJ
7/16/10

Hon. Naomi Reice Buchwald, page 2

Enclosure

cc:     Dr. D. B. Karron, *pro se* (by e-mail)