USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

    - v -

DANIEL B. KARRON,

        Defendant.

------------------------------------X

**MEMORANDUM AND ORDER**

08 Civ. 10223 (NRB)

**NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE**

On July 27, 2010, the Court received the defendant's opposition to the plaintiff's motion for summary judgment. The opposition comprises over one thousand pages, including a 91-page memorandum of law and a Rule 56.1 counterstatement that is not fully supported by admissible evidence. The filing is hereby rejected, and the Clerk of the Court is directed to strike the filing from the docket, as it fails to comply with the Individual Practices of the undersigned and the Local Rules of this Court.

The fact that a litigant in this Court is proceeding pro se does not exempt that individual from the practices and rules that ordinarily apply. Cf. Agiwal v. Mid Island Mortg. Corp., 553 F.3d 298 (2d Cir. 2009).

The defendant may file and serve a revised submission -- compliant with the Court's rules -- no later than August 23, 2010. The plaintiff's reply, if any, shall be due August 30, 2010.

Dated:   New York, New York
         July 30, 2010

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Michael J. Byars
Assistant United States Attorney
Civil Division
86 Chambers Street
New York, NY 10007

**Defendant**
Daniel B. Karron
348 E. Fulton Street
Long Branch, NY 11561