USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 9/2/10

# MEMO ENDORSED

D. B. Karron, PhD
348 East Fulton Street
Long Beach, New York 11561
Wednesday, September 01, 2010 at 16:52:00 Hours

Hon. Naomi Reice Buchwald
United States District Judge
Courtroom: 21A
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SEP 1

RE:    United States vs. Daniel B. Karron, 08 Civ. 10223 (NRB)(DFE)
         Letter of August 27, 2010 to Karron

Dear Judge Buchwald;

In reviewing your last letter of August 27, I noted you ordered submission of our Digital Supplement to our Motion Papers in Opposition to Summary Judgment by September 3, which is this Friday.

Given the heat wave, (which has caused computer shutdowns, malfunctions and other electronic mayhem) and that because of the pro bono nature of my legal consultants, I have to work around their schedules, which restrict work to mainly weekends. I lost today's work due to heat related computer failures and I'm spending precious funds I have to borrow to repair overheated machines while sweating out this deadline.

I would therefor respectfully request that we delay our submission to the first working day after the Labor Day Weekend, instead of the last day before the long end of season weekend, to Tuesday September 7, 2010

**MEMO ENDORSED**

Thank you for your consideration of our request.

Sincerely,

SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
9-2-10
for Judge Buchwald

D B Karron,
*Pro Se*
CC: Michael J Byars by e-mail to "Byars, Michael (USANYS)" <Michael.Byars@usdoj.gov>,

Page - 1 - of 1

C:\Documents and Settings\karron\My Documents\2010-00-00\2010-09-00\2010-09-01\dbk\legal\judge buchwald letter\Judge Buchwals Letter Submit After Labor Day 01.doc