USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/8/2010

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
UNITED STATES OF AMERICA,

Plaintiff,

- v. —

DANIEL B. KARRON,

Defendant.
-----------------------------------------------------------------

08 Civ. 10223 (NRB) (DFE)

AFFIRMATION OF SERVICE

I, D B KARRON, declare under penalty of perjury that I have served an electronic copy of the attached in the form of a verified DVD consisting of the following documents

1. Judge Buchwald Cover Letter(.PDF)
2. MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT (.PDF)
3. OPPOSING 56.1 STATEMENT OF MATERIAL FACTS (.PDF)
4. Declaration of Deborah Anne Dunlevy with attached Exhibits (.PDF)
5. Declaration of Eric A Eisen with attached Exhibits(.PDF)
    a. NIST ATP PROPOSERS CONFERENCE 2007 Video (.MP4)
6. Declaration of D B Karron
    a. Exhibits Volume 1 (.DOCX and .PDF)
    b. Exhibits Volume 2 (.DOCX and .PDF)
    c. Law, Statutes, Rules, Reports (.DOCX )
    d. Case Law (.DOCX)
    e. Legal Articles(.DOCX)

upon

Michael J. Byars, Assistant United States Attorney,

Whose address is

86 Chambers Street, 3rd Floor

New York, New York 10007

By Hand on this day

Dated: September 7, 2010

New York, NY

Signed

*[signature: D B Karron]*

D B Karron

348 East Fulton Street

Long Beach, NY 11561