USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

DANIEL B. KARRON,

                Defendant.
------------------------------------X

**JUDGMENT**

08 CV 10223 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on March 23, 2011, the Court granted in part plaintiff's motion for summary judgment on its claims for relief under the False Claims Act, 31 U.S.C. § 3729 et seq.; and

    **WHEREAS** plaintiff has advised the Court that it has withdrawn its request for additional civil penalties under the False Claims Act; it is hereby

    **ORDERED, ADJUDGED AND DECREED** that the United States of America have judgment against defendant Daniel B. Karron a/k/a D.B. Karron in the principal sum of $4,042,000.00, less any amount that defendant has paid or will pay in restitution in connection with the case captioned United States v. Daniel B. Karron, S2 07 Cr. 541 (RPP) (S.D.N.Y.), with interest accruing thereafter as provided by law, and that plaintiff have execution therefor, and that the state law claims are dismissed.

Dated:  New York, New York
        April 13, 2011

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

2