**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Southern District of New York

File Number 08 - civ - 10223

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-19-2011

| | |
|---|---|
| United States of America )<br>    *Plaintiff,* )<br>v. )<br>)<br>DANIEL B. KARRON )<br>    *Defendant.* ) | Notice of Appeal |

Notice is hereby given that DANIEL B. KARRON _____, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 13 day of April, 19 11.

/s/
DANIEL B. KARRON

~~Attorney~~ for
Pro Se

Address:
348 East Fulton Street, Long Beach, NY 11561

*See Rule 3(c) for permissible ways of identifying appellants